ORDERED.

Dated: July 27, 2016

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

KEVIN EARL                                                              Case No. 8:16-bk-04711-KRM

    Debtor                                                              Chapter 7
_____/

**ORDER GRANTING U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER**

**PARTICIPATION TRUST RELIEF FROM AUTOMATIC STAY**

THIS CASE came on for consideration on the Motion for Relief from Stay filed by U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust (Document No. 11).  No appropriate response having been filed in accordance with Local Rule 2002-4, it is

ORDERED:

1. The Motion (Doc. No. 11) is granted.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

    **KNOWN AS: 320 CARDINAL ROAD**

    **ALL THAT CERTAIN LAND IN SARASOTA COUNTY, FLORIDA, TO-WIT:**

    **LOT(S) 4229 & 4230, OF SOUTH VENICE UNIT 16, AS RECORDED IN PLAT BOOK 6, PAGE 53 ET SEQ., OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.**

**SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.**

**a/k/a 320 CARDINAL RD
VENICE, FL 34293-5719**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all the steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the debtor.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

5. Attorney's fees and costs in the amount of $626.00 are awarded for the prosecution of this Motion for Relief from Stay.

Attorney Stefan Beuge is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.